FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

98 FEB 13 PM 1: 24

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | | |
|---|---|---|---|
| GLENNIE DAVIS, | ) | | |
| | ) | | |
| Plaintiff, | ) | | **ENTERED** |
| | ) | | |
| vs. | ) | CV 97-AR-3000-S | FEB 1 3 1998 |
| | ) | | |
| OFFICER ANNIE SPANN, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on January 20, 1998, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted. The plaintiff filed a document on January 20, 1998, which the court will construe as objections to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 13th day of February, 1998.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE